**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AC MEDIA GROUP, LLC, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-02145-APG-GWF |
| vs. | ) | **ORDER** |
| SPROCKET MEDIA, INC., *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (ECF No. 2) dated September 12, 2016, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 2) no later than **October 14, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge